# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PROPERTY SEIZED FROM 1015 EAST CLIFF DRIVE, SANTA CRUZ, CA 95062 ON MAY 14, 2008<br><br>GOURMET EXPRESS, LLC,,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 13-mc-80172-JST<br><br>**ORDER MAINTAINING HEARING DATE AND SETTING BRIEFING SCHEDULE ON MOTION FOR REPRODUCTION OF SEIZED PROPERTY** |

Having considered the submissions of both parties, ECF Nos. 8 & 9, the Court will maintain the hearing scheduled for October 3, 2013, at 2:00 P.M.

If the United States wishes to file an opposition to the motion other than its current submission at ECF No. 8, it shall file such oppositon not later than September 25, 2013. The Movant may then file any reply not later than September 30, 2013.

The Court would also consider an alternative schedule that is agreeable to both parties, should the parties wish to meet and confer and present a stipulated proposal.

**IT IS SO ORDERED.**

Dated: September 17, 2013

JON S. TIGAR
United States District Judge