UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: PROPERTY SEIZED FROM 1015 EAST CLIFF DRIVE, SANTA CRUZ, CA 95062 ON MAY 14, 2008

GOURMET EXPRESS, LLC,

    Movant,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

Case No. 13-mc-80172-JST

**ORDER CONSTRUING DEFENDANT'S SUBMISSION AS A MOTION FOR RECONSIDERATION; INVITING OPPOSITION BY MOVANT**

Re: ECF No. 18

    Ordinarily, the Local Rules Require that a party seeking reconsideration first seek leave of court. The United States filed a "Motion for Reconsideration of Order Granting Motion for Reproduction of Seized Property," ECF No. 18, without first obtaining leave. Given the timeliness of the issues presented by the motion, however, the Court exercises its discretion to grant leave to file the motion *sua sponte*.

    Movant Gourmet Express may, but is not required to, file an opposition to the United States' motion for reconsideration by November 20, 2013. The Court will then determine whether to set the matter for hearing, or decide the matter on the papers. The parties may also propose an alternative schedule by stipulation.

    This order does not waive the requirements of Rule 7-b or constitute a determination that they have been satisfied.

    **IT IS SO ORDERED.**

Dated: November 14, 2013

_____
JON S. TIGAR
United States District Judge